381 A.2d 896

Commonwealth v. Hubbard, Appellant.

Argued September 16, 1977. Norris E. Gelman, for appellant; Eric B. Henson, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.